Lisa A. McClane
Bar No. 10139
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461
lisa.mcclane@jacksonlewis.com

*Attorney for Defendant*
*Hilton Grand Vacations Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TISHA MARTIN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HILTON GRAND VACATIONS COMPANY, LLC; EMPLOYEE(S)/ AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20; inclusive,<br><br>Defendant. | Case No. 2:16-CV-2199 JCM NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Tisha Martin and Hilton Grand Vacations Company ("Defendant"), through their undersigned counsel of record, that the above entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

1  Further, this Court shall retain jurisdiction over any disputes arising out of the out-of-court
2  resolution of this matter.
3  Dated: February 27, 2017                                    Dated: February 27, 2017

6  /s/Lisa A. McClane                                          /s/Jeffrey Gronich
   Lisa A. McClane, Bar No. 10139                              Jeffrey Gronich
7  3800 Howard Hughes Parkway, Ste. 600                        1810 E. Sahara Ave., Suite 109
8  Las Vegas, NV 89169                                         Las Vegas, NV 89104

9  Attorney for Defendant                                      Attorney for Plaintiff
   *Hilton Grand Vacations Company, LLC*                       *Tisha Martin*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: March 1, 2017

21  4817-9073-2094, v. 1

JACKSON LEWIS P.C.
LAS VEGAS

-2-